UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA BOVO, | CASE NO. C25-0605-KKE |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| KIM  SANDERSON, et al., | |
| Defendants. | |

This matter comes before the Court on its own motion.  Although Plaintiff was directed to file an amended application to proceed *in forma pauperis* no later than May 5, 2025 (Dkt. No. 3), she has not done so.  Accordingly, Plaintiff is ORDERED to show cause no later than July 21, 2025, why this case should not be dismissed for failure to prosecute.  If Plaintiff does not respond to this order, the Court will dismiss the case without prejudice.

The Clerk is directed to send this order to Plaintiff's last known address.

Dated this 8th day of July, 2025.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1