UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELA BOVO, | CASE NO. C25-0605-KKE |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| KIM SANDERSON, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's failure to prosecute this case. Plaintiff was directed to file an amended application to proceed *in forma pauperis* no later than May 5, 2025 (Dkt. No. 3), and she failed to do so. Plaintiff was then ordered to show cause no later than July 21, 2025, why this case should not be dismissed for failure to prosecute (Dkt. No. 6), and she has not responded. Accordingly, the Court dismisses the case without prejudice.

The Clerk is instructed to close the case and to send a copy of this order to Plaintiff's last known address.

Dated this 23rd day of July, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE - 1